**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Pam TURNER, a/k/a Pamela
M. Turner, Defendant—
Appellant.**

No. 08–6640.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 22, 2008.

Decided: Nov. 14, 2008.

Pam Turner, Appellant Pro Se. Reginald I. Lloyd, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pam Turner appeals the district court's order granting in part her motion under 18 U.S.C. § 3582(c)(2) (2000), seeking a reduction in her sentence based on an amendment to the Sentencing Guidelines. Although the district court granted Turner's motion, it reduced her sentence for distribution of cocaine base from 180 months' imprisonment to 145 months, rather than the requested 121 months. We have reviewed the record and find no abuse of discretion or other reversible error. Accordingly, we affirm. *See United States v. Goines,* 357 F.3d 469, 478 (4th Cir.2004) (motion under § 3582(c) "is subject to the discretion of the district court"); *United States v. Legree,* 205 F.3d 724, 727 (4th Cir.2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*